B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Massachusetts

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Tri-State Signal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **04-2608845** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **111 Crescent Avenue, Chelsea, MA** ZIP Code **02150** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Tri-State Signal, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **Vega Crescent Avenue, LLC** | Case Number: **11-19452** | Date Filed: **10/03/11** |
| District: **Massachusetts** | Relationship: **Related Company** | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tri-State Signal, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Nina M. Parker_____
Signature of Attorney for Debtor(s)
**Nina M. Parker 389990**
Printed Name of Attorney for Debtor(s)
**Parker and Associates**
Firm Name
**10 Converse Place**
**Winchester, MA 01890**

_____
Address

Email: nparker@ninaparker.com
**(781)729-0005  Fax: (781)729-0187**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Robert B. Dawe, Jr._____
Signature of Authorized Individual
**Robert B. Dawe, Jr.**
Printed Name of Authorized Individual
**President, Treasurer and Director**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A&A Electrical Supply Corp.
230 Crescent Ave
Chelsea, MA 02150

American Bolt & Nut Co.
138 Carter St
Chelsea, MA 02150

American Express
PO Box 270
Newark, NJ 07101

American Gas Products
24 Vine St
Everett, MA 02149

Arthur J. Hurley Co., Inc.
2500 Washington St
Boston, MA 02199

Atlantic Asphalt & Equipment
146 Railroad Ave
Revere, MA 02151

Bert's Electric Supply Co., Inc.
61-69 Hancock St.
Quincy, MA 02171

Boston Sand & Gravel, Co.
100 North Washington St
Boston, MA 02114

Boston Tech Partners
960 Turnpike St
Canton, MA 02021

Casella
295 Forest St.
Peabody, MA 01961

Charles Contracting
75 Rosedale Rd
Watertown, MA 02472

City of Chelsea Sprinkler
500 Broadway Room #215
Chelsea, MA 02150

Colvin's Inc.
185 Prospect St.
Waltham, MA 02154

Davin Machine & Welding Co., Inc.
1 Winnisimmet Street
Chelsea, MA 02150

Dorchester Tire Service, Inc.
1160 Dorchester Ave
Boston, MA 02125

Durant Performance Coatings
112 Railroad Ave
Revere, MA 02151

E.J. Mechanical
360 Salem St.
Medford, MA 02155

Export Enterprises, Inc.
395 Riverside Ave
Medford, MA 02155

Fast Lane Service Center
27 Midstate Drive
Auburn, MA 01501

Federal Express
PO Box 332
Memphis, TN 38194

Fiber Next, Inc.
41 Locke Rd
Concord, NH 03301

Gem Auto Parts Co., Inc.
7 Griffin Way
Chelsea, MA 02150

General Traffic Equipment Corp.
259 Broadway
Newburgh, NY 12550

Hi-Way Safety Systems, Inc.
285 Circuit Street
Hanover, MA 02339

Highway Tech. Signal Equipment
6 Sabattus Road
Sabattus, ME 04280

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Irving Fuel
190 Commerce Way
Portsmouth, NH 03801

J.G. Maclellan Concrete Co.
180 Phoenix Ave
Lowell, MA 01852

John C. Ottenberg, Esq.
Ottenberg & Dunkkless, LLP
101 Arch Street
Boston, MA 02110

Jonathan P. Sauer, Attorney
1410 Providence Highway, Suite 416
Norwood, MA 02062

Joseph Rossi, Attorney at Law
2120 Commonwealth Ave, Suite 10
Auburndale, MA 02466

Kevin J. Kiely, Esq.
Kiely and Ferrante, LLC
4 Park Street
Gloucester, MA 01930

Leaf Funding, Inc.
1818 Market Street, 9th Floor
Philadelphia, PA 19103

Luminator Holding, L.P.
900 Klein Rd
Plano, TX 75074

Marlin Controls NE
36 Federal Road
Danbury, CT 06810

Mass Bay Electrical Corp.
125 Orleans St.
East Boston, MA 02128

Mass Electrical Apparatus
42 Oakville St.
Lynn, MA 01905

Mass Inspection
712 Mystic Ave
Somerville, MA 02145

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

McCain, Inc.
2365 Oak Ridge Way
Vista, CA 92081

Merrill Lynch
1700 West Park Drive
Westborough, MA 01581

Midas Auto Service
555 Lynnway
Lynn, MA 01905

Middlesex Savings Bank
6 Main Street
Natick, MA 01760

Modern Assistance Program
1458 Hancock St, #3
Quincy, MA 02169

Multicom
1076 Florida Central Parkway
Longwood, FL 32750

NSTAR 111 Crescent Ave
PO Box 660369
Dallas, TX 75266-0369

Ocean State Signal Co.
27 Thurber Blvd
Smithfield, RI 02917

Pirtek
33 Wales Ave, unit H
Avon, MA 02322

RBG Enterprise
317 Route 27
Raymond, NH 03077

Scoreboard Enterprises
Box 272
No. Easton, MA 02356

Service Point
5 Commonwealth Ave, Unit 5
Woburn, MA 01801

Soil Exploration Corp.
148 Pioneer Drive
Leominster, MA 01453

Stay Safe Traffic Products, Inc.
38 Lowell Rd
Westford, MA 01886

Town of Billerica
6 Good St
Billerica, MA 01821

Town of Lexington
1575 Massachusetts Ave
Lexington, MA 02420

Town of Medford
100 Main St
Medford, MA 02155

Town of Milford
250 Main St.
Milford, MA 01757

Traffic Signal Inc.
125 Michael Drive, Suite 100
Syosset, NY 11791

Tresca
66 Main St.
Millis, MA 02054

Tri-Ed/Northern Video Distrib
3625 Cincinnati Ave
Rocklin, CA 95765

Union Metal Corporation
1432 Maple Avenue NE
Canton, OH 44705

Valley Communications Systems
20 1ST Avenue
Chicopee, MA 01020-4619

Vega Realty
111 Crescent Avenue
Chelsea, MA 02150

Verizon 617-889-0606
PO Box 1100
Albany, NY 12250

W.B. Mason Company, Inc.
59 Centre St.
Brockton, MA 02403